

**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW



RECEIVED JUN 14 2013 CHAMBERS OF JOHN G. KOELTL U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6-14-13

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
t 212 775 8700 f 212 775 8800

direct dial 212.775.8734
igoldrich@kilpatricktownsend.com

June 14, 2013

**BY FACSIMILE-(212) 805-7912**

Honorable John G. Koeltl
United States District Judge
United States District Court
   for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

APPLICATION GRANTED
SO ORDERED

6/14/13   /s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

Re:   *Peterson v. Guru Pro Audio, et al.*; 12 Civ. 7971

Dear Judge Koeltl:

We represent Defendants Svenska Transduktorkompaniet AB (sued herein as Guru Pro Audio) and Erik Ring. We right, on behalf of counsel for all parties and at the instruction of Magistrate Judge Freeman, to advise the Court on the status of settlement negotiations.

On March 26, 2013, the Court referred the parties to Magistrate Judge Freeman for purposes of settlement. (Dkt. No. 13.) Pursuant to Her Honor's procedures, counsel for the parties conducted two telephone conferences with Magistrate Judge Freeman to describe the case, the prospects of settlement and the utility of a full mediation. After the last telephone conference on June 7, 2013, the parties agreed that they had not reached the point at which a full mediation was likely to lead to settlement. However, the parties also agreed that settlement would be more likely after a period of limited document discovery on the following narrow topics: (i) Plaintiff's standing to bring this action; (ii) the identity of the contract documents (if any); (iii) the total payments allegedly made for the audio speakers at issue in this matter; and (iv) Guru Pro Audio's financial condition. After taking such discovery, to be completed no later than July 31, 2013, the parties proposed to continue negotiations and, by August 8, 2013, report to Magistrate Judge Freeman whether they succeeded in resolving their dispute or, if not, whether mediation might now bridge the gap to settlement. Magistrate Judge Freeman was receptive to the parties' suggestions, but directed counsel to submit this letter advising Your Honor on the status of negotiations and the parties' proposed path forward.

Accordingly, counsel jointly and respectfully request the Court's leave to conduct the limited document discovery described above in aid of settlement negotiations. Should settlement still elude the parties thereafter, counsel will, of course, appear before the Court promptly to set a schedule for the remainder of the litigation.

Honorable John G. Koeltl
June 14, 2013
Page 2

    We thank the Court for its consideration.

Respectfully submitted,

Ian M. Goldrich

cc:    Honorable Debra Freeman (via facsimile (212) 805-4258)
        Peter Dee, Esq. (via email)