USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/3/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM P. PETERSON,

            Plaintiff,

- against -

GURU PRO AUDIO ET AL.,

            Defendants.

---

12 Civ. 7971 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has been notified that the parties have reached a settlement in principle. Accordingly, the case is **dismissed with prejudice**, provided, however, that should the parties notify the Court within 30 days that they have not settled the matter, it will be restored to the calendar.

SO ORDERED.

Dated:    New York, New York
          September /, 2013

                                      John G. Koeltl
                                United States District Judge